IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 16-cv-02420-MSK-MJW

JANET RUHE, individually; and
PAUL B. FERRARA, III, as personal representative of the Estate of Clayton Mac White, deceased,

       Plaintiffs,

v.

BRUCE K. BOWEN, individually; and
SOPRIS MEDICAL PRACTICE, P.C.,

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#15)** filed December 2, 2016.  Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED.  All claims asserted by Plaintiffs against Defendants are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 5th day of December, 2016.

                       **BY THE COURT:**

                       _____

                       Marcia S. Krieger
                       United States District Court